| | |
|---|---|
| **NAME:** GEORGE LyLE CuLLETT JR. <br> # 00843-112 <br> **ADDRESS:** U.S. Penitentiary <br> 3901 KLein BLvd. <br> Lompoc, Ca. 93436 <br> or PLACE OF CONFINEMENT & PRISON NUMBER <br><br> Note:   If represented by an attorney, his name, address & <br> telephone number <br><br> Note:   It is your responsibility to notify the Clerk of the <br> Court, in writing of any change of address | FILED <br> CLERK, U.S. DISTRICT COURT <br><br> AUG 2 4 2005 <br><br> CENTRAL DISTRICT OF CALIFORNIA <br> BY                DEPUTY <br><br> Priority <br> Send <br> Enter <br> Closed <br> JS-5/JS-6 <br> JS-2/JS-3 <br> Scan Only |

# *United States District Court*

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| George LyLe CulLeTT JR. <br> **FULL NAME:** (Include name under which you were convicted) <br> Petitioner, <br><br> vs. <br><br> UNiTed STATES GoveRmenT <br> **NAME OF WARDEN**(or other authorized person having custody <br> of petitioner) <br> Respondent. | CASE NO: CR-92-750-AWT <br> (To be supplied by the clerk of <br> the United States District Court) <br> CV05-5743 AWT <br><br> **PETITION FOR WRIT OF HABEAS CORPUS** <br> **BY A PERSON IN FEDERAL CUSTODY** <br> **28 U.S.C. § 2241** |

## INSTRUCTIONS - READ CAREFULLY

     This petition shall be legibly handwritten or typewritten, signed by the petitioner, under penalty of perjury. You must set forth *CONCISELY* the answer to each question in the proper space on the form. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury.

     You must not attach separate pages to this except that *ONE* separate additional page is permitted in answering Question No. 9.

LODGED <br> CLERK, U.S. DISTRICT COURT <br> JUN 20 2005 <br> CENTRAL DISTRICT OF CALIFORNIA <br> DEPUTY

AUG 2 5 2005

Upon receipt of a fee of $5.00, you petition will be filed if it is in proper order.

If you are seeking leave to proceed in forma pauperis (without paying the $5.00 fee and other court costs), then you must also execute the declaration on the last page, setting forth information which establishes your inability to pay the fees and cost of the proceedings or to give security therefor. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. If you prison account exceed $25.00, you must pay the filing fee as required by the rule of the district court.

When the petition is completed, the *original and two copies* must be mailed to the Clerk of the United States District Court for the Central District of California, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012, ATTENTION: Intake/Docket Section.

Only one sentence, conviction or parole matter may be challenged in a single petition. If you challenge more than one, you must do so by separate petitions.

Petitions which do not conform to these instruction will be returned with a notation as to the deficiency.

PLEASE COMPLETE THE FOLLOWING: (check appropriate number)

This petition concerns:

1. ☐ a conviction
2. ☒ a sentence
3. ☐ jail or prison conditions
4. ☐ prison discipline
5. ☐ a parole problem
6. ☐ other

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY

# PETITION

1. Place of confinement _U.S. Penitentiary federal Prison, Lompoc, C_

2. ✗ Name and location of court which imposed sentence _United ▓▓▓ States District Court, Central District of California._

3. The indictment number or numbers (if known) upon which, and the offense or offenses for which, sentence was imposed:

   (a) _CR-92-750-AWT_

   (b) _8 counts of Bank Robbery under 18 U.S.C. 2113_

   (c) _____

4. The date upon which sentence was imposed and the terms of the sentence:

   (a) _5-1-92_

   (b) _____

   (c) _____

5. Check whether a finding of guilt was made:

   (a)  ☒ After a plea of guilty

   (b)  ☐ After a plea of not guilty

   (c)  ☐ After a plea of nolo contendere

6. If you were found guilty after a plea of not guilty, check whether that finding was made by:

   (a)  ☐ a jury

   (b)  ☒ a judge without jury

7. Did you appeal from the judgment of conviction or the imposition of sentence?
   ☐ Yes        ☒ No

8. If you did appeal, give the following information for each appeal:

   (a)(1) Name of Court _____

   (2) Result _____

   (3) Date of Result _____

   (4) Citation or number of opinion _____

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY

(5) Grounds Raised *(list each)* _____

    (A) _____

    (B) _____

    (C) _____

    (D) _____

(b)(1) Name of Court _____

  (2) Result _____

  (3) Date of result _____

  (4) Citation or number opinion _____

  (5) Grounds raised (list each) _____

    (A) _____

    (B) _____

    (C) _____

    (D) _____

**CAUTION:** If you are attacking a sentence imposed under a federal judgment, you must first file a direct appeal or motion under 28 U.S.C. § 2255 in the federal court which entered judgment.

9. State *CONCISELY* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, attach a SINGLE page only behind this page.

**CAUTION:** If you fail to set forth all grounds in this petition, you may be barred from presenting additional ground at a later date.

  (a)  Ground One _THE Judge Appled AN Additional weapon Evhancement._

    Supporting *FACTS* (tell your story *BRIEFLY* without citing cases or law).

**CAUTION:** You must state *facts not conclusions* in support of your grounds. A rule of thumb to follow is -- who did exactly what to violate your rights at what time or place.

_The Judge Appled An additional weapon enhancement ( 924-(c)) I WAS sentenced An additional 280 mouths for The Judges mistaken_

_____

_____

**PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY**

**(b)    Ground Two** _____

_____

Supporting *FACTS* (Tell your story *BRIEFLY* without citing cases or law).

_____

_____

_____

_____

_____

_____

_____

**(c)    Ground Three** _____

_____

Supporting *FACTS* (Tell your story *BRIEFLY* without citing cases or law).

_____

_____

_____

_____

_____

_____

**(d)    Ground Four** _____

_____

Supporting *FACTS* (Tell your story *BRIEFLY* without citing cases or law).

_____

_____

_____

_____

_____

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY

10. Have you ever filed previous petitions for habeas corpus, motions under Section 2255 of Title 28, United States Code, or any other applications, petitions or motions with respect to this conviction?
☒ Yes        ☐ No

11. If your answer to Question No. 10 was yes, give the following information:

(a)(1) Name of Court _9ᵗʰ CIRCUIT COURT OF APPEALS_

(2) Nature of proceedings _HABEAS CORPUS_

(3) Grounds raised _Lawyer incompetent ..._

(4) Result _Denied_

(5) Date of Result _4-20-94_

(6) Citation or numbers of any written opinions or orders entered pursuant to each disposition.

(b)(1) Name of Court

(2) Nature of proceedings

(3) Grounds raised

(4) Result

(5) Date of Result

(6) Citation or numbers of any written opinions or orders entered pursuant to each disposition.

12. If you did not file a motion under Section 2255 of Title 28, United States Code, or if you filed such a motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention.
_Because I'm filing under The new Amendment 9 ..._

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY

13.   Are you presently represented by counsel? ☐ Yes        ☒ No

If so, name, address and telephone number _____

Case name and court _____

14.   If you are seeking leave to proceed in *forma pauperis*, have you completed the declaration setting forth the required information?

☐ Yes        ☐ No,

WHEREFORE, petitioner prays that the court grant petitioner relief to which he may be entitled in this proceeding.

_____
*Signature of Attorney (if any)*

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on _____ 5-13-05 _____
*(date)*

*George Cullett*
Signature of Petitioner

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY