

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v<br><br>GEORGE LYLE CULLETT,<br><br>　　　　　　Defendant. | CV05-05743 AWT<br><br>No. CR 92-750 AWT<br><br>ORDER ON PETITION<br>FOR WRIT OF<br>HABEAS CORPUS |

　　　　Before the court is defendant's Petition for Writ of Habeas Corpus by A Person in Federal Custody, 28 U.S.C. § 2241, in which defendant challenges his sentence. He was sentenced, on a plea of guilty, on October 18, 1993, to a 188-month term of imprisonment for two counts of armed bank robbery, to a consecutive 60-month term of imprisonment for use of a firearm, and to a further consecutive 240-month term of imprisonment for a second count of use of

firearm. The record does not disclose that a direct appeal was taken from the judgment of conviction and sentence. Defendant, however, has filed two prior habeas petitions, both of which were denied.

Defendant therefore cannot, under the Antiterrorism and Effective Death Penalty Act of 1996, file a second or successive habeas petition unless he obtains permission to do so from the Court of Appeals. *See* 28 U.S.C. §§ 2244(b); 2255. Because defendant has not obtained such permission, this second and successive petition must be dismissed as unauthorized and not within the jurisdiction of this court to consider.

**PETITION DISMISSED.**

Dated: AUG 19 2005

A. WALLACE TASHIMA
United States Circuit Judge
Sitting by Designation

-2-